UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN JAMIL, et al.,<br><br>                              Plaintiffs,<br><br>                 -against-<br><br>AFAN OMAR SHERWANI, et al.,<br><br>                              Defendants. | 26-CV-1654 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated March 5, 2026, the Court directed Plaintiffs, within thirty days, to pay the fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiffs have not paid the fees. Accordingly, the complaint is dismissed: (1) without prejudice to Plaintiffs refiling together and paying the fees, and (2) without prejudice to Plaintiff Jamil refiling alone and either paying the filing fees or submitting an application to proceed *in forma pauperis* (IFP), that is, without prepayment of fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:    April 17, 2026
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge