UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEN JAMIL, ET AL.,

                              Plaintiffs,

                 -against-                          26-cv-1654 (LTS)

AFAN OMAR SHERWANI, ET AL.,                         CIVIL JUDGMENT

                              Defendants.

For the reasons stated in the April 17, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    April 23, 2026
          New York, New York

                                   /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                                   Chief United States District Judge