UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEN JAMIL; HSS DEVELOPMENT;
CYBER COMMUNICATIONS,

                    Plaintiffs,

          -against-

AFAN OMAR SHERWANI; MASROUR
BARZANI; ASO, LLC; ASO1, LLC;
HALLORAN, FARKAS, KITTILA, LLP;
JONATHAN MOORE; THEODORE
KITTILA; WAYSI BARZANI; KHASRO,
WASMAN, AKA KHASROU; JOHN AND
JANE DOES 1-5; JEFFREY
GREILSHEIMER,

                    Defendants.

26-cv-1654 (GBD)

CIVIL JUDGMENT

For the reasons stated in the June 10, 2026, order, the complaint, filed IFP under 28

U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    June 12, 2026
          New York, New York

                            /s/ George B. Daniels
                              GEORGE B. DANIELS
                            United States District Judge